IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:24-mj-061 |
| | ) | |
| | ) | 33 U.S.C. § 1319(c)(1)(A) |
| v. | ) | Negligent Discharge of Pollutants |
| | ) | |
| FRAZIER T. BOYD III, | ) | |
| | ) | |
| Defendant. | ) | |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

Beginning in or around 2017, and continuing to in or around 2019, the exact dates being unknown, in the Eastern District of Virginia and within the jurisdiction of this Court, and within the navigable waters of the United States, defendant FRAZIER T. BOYD III negligently discharged and caused the discharge of pollutants, specifically soil and fill material, from a point source, specifically excavation and earth moving equipment, into and within the waters of the United States, without having obtained a permit under the authority of the Clean Water Act.

(In violation of Title 33, United States Code, Section 1319(c)(1)(A).)

JESSICA D. ABER  
UNITED STATES ATTORNEY

TODD KIM  
ASSISTANT ATTORNEY GENERAL  
ENVIRONMENT AND NATURAL  
RESOURCES DIVISION  
U.S. DEPARTMENT OF JUSTICE

By: _____  
Michael C. Moore  
Assistant United States Attorney

_____ For  
Elise Kent Bernanke  
Trial Attorney  
Environmental Crimes Section